

| | 11 SUNRISE PLAZA, STE. 305 |
|---|---|
| | VALLEY STREAM, NY 11580 |
| | (516) 233-1660 |
| | WWW.LIEBOWITZLAWFIRM.COM |

ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

January 25, 2021

> Plaintiff's letter-motion requesting an adjournment of the January 27, 2021 telephone conference (ECF No. 34) is GRANTED and the January 27, 2021 telephone conference is adjourned <u>sine die</u>.  Plaintiff's counsel shall file his motion to withdraw in accordance with Local Civil Rule 1.4 by **Monday, February 1, 2021**.
>
> The Clerk of Court is respectfully directed to close ECF No. 34.
>
> SO-ORDERED 1/26/2021
>
> */s/ Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Aleksey Belyakov v. We are Constantly Thinking,* 1:20-cv-03825 (VSB)

Dear Judge Cave:

We represent Plaintiff Aleksey Belyakov ("Plaintiff") in the above-captioned case.  We write pursuant to Section I.E of the Court's Individual Practices to respectfully request that the conference scheduled for January 27, 2021, at 12:00 p.m. be adjourned *sine die* pending Plaintiff's appearance through substitute counsel.

(1) the original date of the conference is January 27, 2021;

(2) no previous requests for adjournment or extension have been made;

(3) no previous requests were granted or denied;

(4) undersigned counsel has been terminated by Plaintiff and intends to file a L.R. 1.4 motion to be relieved as counsel within seven days.

(5) Counsel for defendant consents to the requested relief.

The requested adjournment does not affect other scheduled dates. We apologize to the Court that this request was not made within 72 hours of the scheduled conference but, for good cause shown, we respectfully request in good faith that the request for an adjournment is granted under the circumstances.

Respectfully Submitted,

**/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff*

