```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ALEKSEY BELYAKOV,                                           :
                                                            :
                                   Plaintiff,               :
                                                            :              20-CV-3825 (VSB)
                 -v-                                        :
                                                            :                    ORDER
WE ARE CONSTANTLY THINKING,                                 :
DESIGNING, AND EATING LLC,                                  :
                                                            :
                                   Defendant.               :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __2/2/2021__

<u>VERNON S. BRODERICK, United States District Judge</u>:

I am in receipt of the motion to withdraw as attorney submitted by Plaintiff's counsel James H. Freeman, with an accompanying declaration and memorandum of law. (Docs. 36–38.) Attorney Freeman has not filed an affidavit of service and thus I cannot determine whether or not he served Plaintiff with the declaration, as is required by Local Civil Rule 1.4.

Accordingly, Attorney Freeman is directed to this deficiency by filing an affidavit of service on the docket on or before February 9, 2021.

SO ORDERED.

Dated:  February 2, 2021
        New York, New York

_____
VERNON S. BRODERICK
United States District Judge