```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ALEKSEY BELYAKOV,                                           :
                                                            :
                           Plaintiff,                       :
                                                            :                 20-CV-3825 (VSB)
              -v-                                           :
                                                            :                    ORDER
WE ARE CONSTANTLY THINKING,                                 :
DESIGNING, AND EATING LLC,                                  :
                                                            :
                           Defendant.                       :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On January 11, 2021, I signed a case management plan and scheduling order agreed to by the parties in the above-captioned litigation. (Doc. 31.) On February 4, 2021, I granted the motion to withdraw submitted by Plaintiff's counsel. (Doc. 43.) In that order, I stayed the case until March 8, 2021 to allow for Plaintiff to find new counsel. (*Id.*) On February 23, 2021, Plaintiff's new attorney filed a notice of appearance. (Doc. 45.) In light of the delay in this case, it is hereby:

ORDERED that the parties shall submit a proposed amended case management plan and scheduling order on or before March 17, 2021.

SO ORDERED.

Dated:   March 9, 2021
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge