```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ALEKSEY BELYAKOV,                                           :
                                                            :
                             Plaintiff,                     :
                                                            :         20-CV-3825 (VSB)
               -v-                                          :
                                                            :              ORDER
WE ARE CONSTANTLY THINKING,                                 :
DESIGNING, AND EATING LLC,                                  :
                                                            :
                             Defendant.                     :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On June 7, 2021, Plaintiff filed a motion for leave to file a First Amended Complaint. (Doc. 49.) Under Local Rule 6.1(b), Defendant had 14 days to file any opposition to this motion. That deadline has passed, but I have not received any such motion, nor any indication from Defendant as to whether or not it consents to Plaintiff's motion for leave. Accordingly, it is hereby:

ORDERED that Defendant shall submit a filing on or before June 28, 2021, indicating whether or not it consents to Plaintiff's motion for leave. Defendant must submit any opposition memorandum of law on or before June 28, 2021. If I do not receive a filing by this new deadline, I will consider Plaintiff's motion unopposed.

SO ORDERED.

Dated:   June 24, 2021
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge