> Defendant's letter-motion requesting to adjourn the December 14, 2021 Settlement Conference (ECF No. 71) is GRANTED, and the Settlement Conference is ADJOURNED to **Thursday, February 10, 2022 at 2:00 pm by telephone.** The parties are directed to call the Court's conference line at 866-390-1828; access code: 380-9799, at the scheduled time.  The Terms of the Settlement Conference Scheduling Order (ECF No. 67) are incorporated by reference. The Clerk is Court is respetcfully directed to set this conference as a Settlement Conference even though it till take place by phone.
>
> The Clerk of Court is respectfully directed to close ECF No. 71.
>
> *[signature: Sarah L. Cave]*
> SARAH L. CAVE
> United States Magistrate Judge
>
> SO ORDERED 12/13/2021

December 13, 2021

*Via ECF Filing*

Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *Belyakov v. We Are Constantly Thinking, Designing, and Eating LLC*
             Civil Action No.: 20 Civ. 3825 (VSB) (SLC)

             **EMERGENCY Consented Request to Postpone**
             **Settlement Conference Scheduled Through January 2022**

Dear Judge Cave:

      This firm represents defendant We Are Constantly Thinking, Designing, and Easting LLC ("Defendant") in the above-referenced matter.  For the reasons discussed below, Defendant is making this emergency consented request to postpone the Settlement Conference currently scheduled for tomorrow.

      Jennifer Chen, the CEO of Defendant who will be attending the conference, found out last night that her partner tested positive for Covid-19, and he now needs to quarantine apart from her and her children.  As a result she is now without child care for tomorrow afternoon's settlement conference.  Additionally - today she needs to deal with medical issues related to her pregnancy and possible exposure to Covid-19, thus making it impossible to continue preparation for tomorrow's conference.

      As per Rule I(E) of Your Honor's Individual Practices in Civil Cases:

(1) The Settlement Conference is currently scheduled for December 14 at 2pm;
(2) There have been no previous requests for adjournment or extension;
(3) n/a;

**Hon. Sarah L. Cave**
**December 13, 2021**
**Page 2**

Cox Padmore Skolnik
& Shakarchy LLP
<span style="color:gray">Attorneys at Law</span>

   (4) As discussed above, Jennifer Chen of Defendant found out last night that her partner has tested positive for Covid-19 making attendance at tomorrow's scheduled settlement conference impossible; and

   (5) As confirmed by e-mail and over the phone, counsel for Plaintiff have consented to this request.

   Given Ms. Chen's due date near the end of December, Defendant and counsel for Plaintiff request that the Settlement Conference be adjourned to a date **after January 17, 2022**.

   Thank you.

             Respectfully submitted,

             Ralph Gaboury