# Cox Padmore Skolnik & Shakarchy LLP

Attorneys at Law

**Ralph N. Gaboury, Esq.**
**Of Counsel**
**Also admitted in**
**Massachusetts and Rhode Island**

> Defendant's letter-motion to postpone the Settlement Conference start time to **March 10, 2022 at 3:30 pm** is GRANTED. (ECF No. 78).
>
> The Clerk of Court is respectfully directed to close ECF No. 78.
>
> SO ORDERED 3/2/22
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

March 2, 2022

<u>*Via ECF Filing*</u>

Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:   <u>*Belyakov v. We Are Constantly Thinking, Designing, and Eating LLC*</u>
            <u>Civil Action No.: 20 Civ. 3825 (VSB) (SLC)</u>

            **Consented Request to Postpone Start of March 10, 2022**
            **Settlement Conference to 3:30 pm**

Dear Judge Cave:

      This firm represents defendant We Are Constantly Thinking, Designing, and Easting LLC ("Defendant") in the above-referenced matter. For the reasons discussed below, **Defendant respectfully requests that the start time for the Settlement Conference scheduled for March 10, 2022, be pushed back by 90 minutes to 3:30 pm**.

      Jennifer Chen, the CEO of Defendant will be attending the conference, but will be on a flight that day which is scheduled to land at approximately 1:30 pm. In order to accommodate any potential delay with her flight and to allow her time to arrive at her hotel to participate in the conference by video, Defendant respectfully requests that the start time be moved to 3:30 pm.

    [CONTINUED NEXT PAGE]

**Hon. Sarah L. Cave**
**March 2, ,2022**
**Page 2**

Cox Padmore Skolnik
& Shakarchy LLP
Attorneys at Law

As per Rule I(E) of Your Honor's Individual Practices in Civil Cases:

(1) The Settlement Conference is currently scheduled for March 10, 2022, at 2:00 pm;

(2) Defendant has made one previous request to adjourn the Settlement Conference: on December 13, 2021, Defendant made an emergency request to adjourn due to a medical situation;

(3) Your Honor granted Defendant's emergency request;

(4) As discussed above, Jennifer Chen will be on a flight the day of the Settlement Conference, which lands shortly before the currently scheduled start time; and

(5) As confirmed by e-mail, counsel for Plaintiff consents to this request.

Thank you.

Respectfully submitted,

Ralph Gaboury