UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
ALEKSEY BELYAKOV,                                       :
                                                        :
                          Plaintiff,                    :
                                                        :                    20-cv-3825 (VSB)
              -against-                                  :
                                                        :                       **ORDER**
WE ARE CONSTANTLY THINKING,                             :
DESIGNING, AND EATING LLC,                              :
                                                        :
                          Defendant.    :
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        It has been reported to the Court that the parties in this case have reached a settlement

agreement.  Accordingly, it is hereby:

        ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within thirty (30) days.

SO ORDERED.

Dated:  August 5, 2022
        New York, New York

                                            _____
                                            Vernon S. Broderick
                                            United States District Judge